ATTORNEY GRIEVANCE COMMISSION    \*    IN THE
OF MARYLAND    \*    COURT OF APPEALS

   \*    OF MARYLAND

   \*

   \*    Misc. Docket AG

v.    \*    No. <u>50</u>

   \*    September Term, 2019

DAVID B. WOO    \*

## <u>ORDER</u>

UPON CONSIDERATION of the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, David B. Woo, to disbar the Respondent from the practice of law for violations of Rules 1.1, 1.3, 1.4, 1.5, 1.15(a), (c) and (d) and 8.4(a), (c) and (d) of the Maryland Rules of Professional Conduct and Section 10-306 of the Business Occupations and Professions Article of the Maryland Code,  it is this <u>3rd</u> day of <u>December</u>, 2019;

ORDERED, by the Court of Appeals of Maryland, that the Respondent, David B. Woo, be, and he hereby is, disbarred from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall strike the name of David B. Woo from the register of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-762(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk